FILED
U.S. BANKRUPTCY COURT

2010 DEC 15 AM 10: 37

NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**YOUNGSTOWN DIVISION**

| | |
|---|---|
| In the matter of | Case No. **08-43716-KW** |
| **PATRICK GRIMM** | |
| **SHANNON GRIMM** | Chapter 7 |
| Debtor(s) | Judge **KAY WOODS** |

## NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED DIVIDENDS

## TO THE CLERK OF THE COURT

The attached check in the amount of $13.00_____ represents the total sum of unclaimed and/or small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| THE HEART CENTER OF NE OHIO | 11 | $1.09 |
| PAMELA D. DRAKE MD | 20 | $3.61 |
| VERIZON NORTH INC. | 33 | $4.14 |
| ALLIANCE MEDIAL ASSOCIATES | 37 | $4.16 |
| Total Unclaimed/ Small Dividends $25.00 or under | | $13.00 |
| Total Unclaimed Dividends Over $25.00 | | $0.00 |

Dated:  12/10/2010

/s/ ANDREW W. SUHAR_____
ANDREW W. SUHAR, Trustee, Reg. No. 0058419
29 E. FRONT STREET, P.O. BOX 1497
YOUNGSTOWN, OH 44501
Telephone: (330) 744-9007
Facsimile: (330) 744-5857